## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re                                                      Case No.

**Terry Lee Slater**

Debtor(s). /

### CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of __2__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **June 13, 2018**

                                               **/s/ David P. Gardner**
                                               Signature of Debtor's Attorney or Pro Per Debtor

Chase
PO Box 78420
Phoenix, AZ 85062-8420


Chase Home Finance
PO Box 24696
Columbus, OH 43224-0696


County of Sonoma
Assessor's Office
585 Fiscal Drive, Room 104F
Santa Rosa, CA 95403


County of Sonoma
Department of Child Support Services
3725 Westwind Boulevard, Suite 200
Santa Rosa, CA 95403


Franchise Tax Board
State of California
Bankruptcy Unit
PO Box 2952
Sacramento, CA 95812-2952


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


PG&E
500 WEST NAPA STREET # 526A
SONOMA, CA 95476


PG&E
Box 997300
Sacramento, CA 95899-7300

```
PG&E
Collection Unit
PO Box 8329
Stockton, CA 95208-8329



Redwood Credit Union
PO Box 6104
Santa Rosa, CA 95406-0104



Steven B. Grogan
PO Box 836
Penngrove, CA 94951
```