1    LAW OFFICES OF DAVID P. GARDNER
     David P. Gardner, Esq. (SBN 123787)
2    755 Baywood Drive, 2nd Floor
     Petaluma, CA 94954
3    Telephone: (707) 658-4460
     Facsimile: (707) 658-2188
4

5    Attorney for Debtor

6

7

8                  UNITED STATES BANKRUPTCY COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                  SANTA ROSA DIVISION

11 In re                    )   Chapter 13 Case No. 18-10420
                          )
12 TERRY LEE SLATER,       )   **MOTION OF DEBTOR TO**
                          )   **VOLUNTARILY DISMISS**
13             Debtor.       )   **CHAPTER 13 CASE**
   _____ )
14

15       Debtor Terry Lee Slater makes this motion to voluntarily dismiss his Chapter 13 case

16 pursuant Bankruptcy Code §1307(b), FRBP Rule 1017 and Local Rule 1017-2. This case shall be

17 dismissed without a hearing in 8 days unless there is an objection.

18 Date: June 20, 2018             */s/ David P. Gardner*_____
                            David P. Gardner
19                           Attorney for Debtor

20

21          **DECLARATION OF COUNSEL IN SUPPORT OF MOTION**

22       I, David P. Gardner, attorney for debtor, declare that there are no pending motions to convert

23 this case to chapter 7 or pending motions to dismiss with prejudice. I affirm that the foregoing facts

24 are true under penalty of perjury and that this declaration was executed at Petaluma, California on

25 June 20, 2018.

26                          */s/ David P. Gardner*_____
                            David P. Gardner
27                           Attorney for Debtor

28