Form NDC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: | Terry Lee Slater | Case No.: 18–10420 DM 13 |
|---|---|---|
| | dba Slater Consulting | Chapter: 13 |
| | Debtor(s) | |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's Order to File Required Documents and Notice of Automatic Dismissal. , filed on 6/14/2018 . Therefore, it is ordered that this case be **dismissed**.

Dated: 6/29/18

By the Court:

Dennis Montali
United States Bankruptcy Judge